CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 25 2009

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL ISIAH LAWRENCE, | ) | |
| Petitioner, | ) | Civil Action No. 7:09-cv-00459 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN S.K. YOUNG, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive and this action is stricken from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 25th day of November, 2009.

/s/ James C. Turk
Senior United States District Judge